UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-23873-PAS

SAGAAN DEVELOPMENTS AND TRADING, LTD.,
    Plaintiff,
vs.
QUAIL CRUISES SHIP MANAGEMENT a/k/a
HAPPY CRUISES, S.A., JEWEL OWNER, LTD.,
and INTERNATIONAL SHIPPING PARTNERS, INC.,
    Defendants.
_____/

## SUMMARY FINAL JUDGMENT

THIS CAUSE came before the Court on Motion for Entry of Summary Final Judgment filed by Defendants, JEWEL OWNER, LTD. ("Jewel"), and INTERNATIONAL SHIPPING PARTNERS, INC. ("ISP") [DE 69].[1] The Court previously granted Jewel and ISP's motions for summary judgment [DE 66], but did not enter a final judgment as to those defendants. Upon review, it is

ORDERED THAT

Defendant's Motion for Entry of Final Summary Judgement [DE 69] is **GRANTED.** Summary Final Judgment is entered in favor of Jewel and ISP against Plaintiff SAGAAN DEVELOPMENTS AND TRADING, LTD. Pursuant to Federal Rule of Civil Procedure 54(d)(1) Defendants Jewel and ISP are entitled to costs.

DONE AND ORDERED in Miami, Florida this 20 of August, 2013.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable Andrea M. Simonton
    All counsel of record

---

[1] Pursuant to Local Rule 7.1.(a)(3) Jewel and ISP advised in their motion papers that Plaintiff opposed the motion. Plaintiff did not file an opposition to the motion and the time to do so has lapsed.